## ROBERT MESSENGER *v.* BARRY MESSENGER (AC 18797)

Landau, Hennessy and Mihalakos, Js.

Submitted on briefs December 15, 1999—officially released January 4, 2000

Per Curiam. The judgment is affirmed.

## MARIA COLON *v.* CHRISTOPHER MANNER (AC 18616)

Lavery, Mihalakos and Daly, Js.

Argued December 16, 1999—officially released January 4, 2000

Per Curiam. The judgment is affirmed.